UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  DR:06-CR-00933(1)-AM |
| | § | |
| (1) VICTOR LOPEZ HERNANDEZ | § | |

**ORDER RESETTING FINAL REVOCATION HEARING/DOCKET CALL**

This case is reset for final hearing/docket call on the motion to revoke on **Tuesday, January 14, 2025** at **9:00 A.M.** before the Honorable Alia Moses, United States District Judge sitting in the Del Rio Division, Federal Building U. S. Courts, 111 East Broadway, Second Floor, Courtroom Number 1, Del Rio, Texas.  At said docket, defendant should be prepared to announce to the Court whether he/she intends to plead true to the allegations in the petition to revoke probation/ supervised release.  **If a hearing will be required, then a setting will be given to the parties at docket call.**

The Clerk of the Court shall send a copy of this Order to the United States Attorney, the defendant, the United States Marshal, the United States Probation office and the United States Pretrial Services office.

SO ORDERED on this 15th day of November, 2024.

_____
ALIA MOSES
CHIEF U.S. DISTRICT JUDGE